RECEIVED

AUG 16 2021

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

(Rev. 12/6/12)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

DERRICK HENDERSON         Civil Action No. 5:21-cv-2529
Plaintiff

VS.                       Judge _____

LOWES HOME CENTER         Magistrate Judge _____
Defendant

**COMPLAINT**
**UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

A.  Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

ATTACHED - EEOC CHARGE OF DISCRIMINATION

B.  Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?   Yes [X]   No [ ]

C.  Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?   Yes [X]   No [ ]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: 6/11/2021

Page 1 of 2

(Rev. 12/6/12)

D. Have you received from the EEOC a copy of its determination with regard to your charges?

Yes [X]  No [ ]

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____
_____
_____

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

_____
_____
_____

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: 8/12/21

_Derrick Henderson_
(Signature)

1114 HEATHERWOOD DRIVE
(Street Address or P.O. Box)

_Tanya White_
(Witness)

SHREVEPORT, LA 71107
(City, State, Zip Code)

_Jamika Kingsley_
(Witness)

318 - 423 - 3390
(Area Code) (Telephone Number)

Page 2 of 2